■ BERTHA BERNSTEIN, Appellant, v. ROBERT HALL et al., Respondents, et al., Defendants.— Pursuant to stipulation, appeal withdrawn, without costs. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.